831 A.2d 453

STATE of Maryland,

v.

Shirley R. BROOKINS, Steven P. Martin, and Rashida S. Hogg.

No. 19, Sept. Term, 2003.

Court of Appeals of Maryland.

Sept. 4, 2003.

Thomas M. McDonough, Sr. Asst. State Prosecutor (Stephen Montanarelli, State Prosecutor, Towson); Robert A. Zarnoch, Asst. Atty. Gen. (J. Joseph Curran, Jr., Atty. Gen. of Maryland, Robert N. McDonald and Kathryn M. Rowe, Asst. Attys. Gen., Annapolis), all on brief, for appellant.

Larry Allen Nathans (Booth M. Ripke of Bennett & Nathans, LLP, Baltimore), on brief, for appellees.

Deborah A. Jeon, Baltimore, Arthur B. Spitzer, Washington, DC, brief of The American Civil Liberties Union of the National Capital Area and The American Civil Liberties Union

of Maryland, as amici curiae, for appellees (Not admitted in Maryland).

David Rocah, American Civil Liberties Union of Maryland Foundation, Baltimore, of counsel (Not admitted in Maryland).

PER CURIAM ORDER.

For reasons to be stated in an opinion later to be filed, it is this 4th day of September, 2003,

ORDERED, by the Court of Appeals of Maryland, that the judgments of the Circuit Court for Prince George's County dismissing the indictments in the cases captioned *State v. Shirley R. Brookins,* Criminal No. CT 02–1722X, *State v. Steven P. Martin,* Criminal No. CT 03–0141A, and *State v. Rashida Safiya Hogg,* Criminal No. CT 03–0141B be, and they are hereby, affirmed. Costs to be paid by Prince George's County. Mandate to issue forthwith.